United States District Court
Southern District of Texas
**ENTERED**
November 24, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CIRIA HALE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | NO. 5:15-cv-192 |
| | § | |
| SCOTTSDALE INSURANCE COMPANY, | § | |
|     Defendants. | § | |

### ORDER

The parties have filed an Agreed Stipulation of Dismissal Pursuant to Settlement. (Dkt. 3.) All parties have signed the stipulation. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), no court order is required to effectuate the dismissal. The Clerk is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, this 24th day of November, 2015.

_____
George P. Kazen
Senior United States District Judge